CLOSED, EAPN

# U.S. District Court
# United States District Court for the Western District of Missouri (Kansas City)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00455−GAF

Miller v. Davol, Inc. et al
Assigned to: District Judge Gary A. Fenner
Cause: 28:1332 Diversity−Product Liability

Date Filed: 06/17/2008
Date Terminated: 08/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Marjorie Miller**

represented by **Derek H. Potts**
Potts Law Firm, LLC
908 Broadway
3rd Floor
Kansas City, MO 64105
(816) 931−2230
Fax: (816) 931−7030
Email: dpotts@potts−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2008 | Ï 1 | COMPLAINT against all defendants filed by Derek H. Potts on behalf of Marjorie Miller. Filing fee $350, receipt number 08660000000001817128. Service due by 10/20/2008. (Attachments: # 1 Civil Cover Sheet)(Potts, Derek) (Entered: 06/17/2008) |
| 06/18/2008 | Ï 2 | Notice of EAP assignment to an outside mediator. (Attachments: # 1 EAP General Order)(Carr, Lori) (Entered: 06/18/2008) |
| 08/14/2008 | Ï 3 | CONDTIONAL TRANSFER ORDER (CTO−25) from Jeffery N. Luthi, Clerk of the panel transferring case to the District of Rhode Island. MDL #1842 − KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION. (Kee, Georgia) (Entered: 08/14/2008) |
| 08/14/2008 | Ï | Case transferred electronically to District of Rhode Island. This is a TEXT ONLY ENTRY. No document is attached. (Kee, Georgia) (Entered: 08/14/2008) |